# EXHIBIT C



# Appendix
# BUDGET OF THE U. S. GOVERNMENT
## Fiscal Year 2018



Office of Management and Budget

| DEPARTMENT OF JUSTICE | Legal Activities and U.S. Marshals—Continued<br>Federal Funds—Continued | 697 |
|---|---|---|

## UNITED STATES VICTIMS OF STATE SPONSORED TERRORISM FUND

### Special and Trust Fund Receipts (in millions of dollars)

| Identification code 015–5608–0–2–754 | | 2016 actual | 2017 est. | 2018 est. |
|---|---|---|---|---|
| 0100 | Balance, start of year | ......... | ......... | ......... |
| | Receipts: | | | |
| | Current law: | | | |
| 1110 | Fines, Penalties, and Forfeitures, United States Victims of State Sponsored Terrorism Fund | 78 | 166 | 170 |
| 2000 | Total: Balances and receipts | 78 | 166 | 170 |
| | Appropriations: | | | |
| | Current law: | | | |
| 2101 | United States Victims of State Sponsored Terrorism Fund | –78 | –166 | –170 |
| 5099 | Balance, end of year | ......... | ......... | ......... |

### Program and Financing (in millions of dollars)

| Identification code 015–5608–0–2–754 | | 2016 actual | 2017 est. | 2018 est. |
|---|---|---|---|---|
| | **Obligations by program activity:** | | | |
| 0001 | Victim Compensation | 69 | 1,188 | 167 |
| 0002 | Management and Administration | 1 | 3 | 3 |
| 0900 | Total new obligations, unexpired accounts | 70 | 1,191 | 170 |
| | **Budgetary resources:** | | | |
| | Unobligated balance: | | | |
| 1000 | Unobligated balance brought forward, Oct 1 | ......... | 8 | 8 |
| | Budget authority: | | | |
| | Appropriations, mandatory: | | | |
| 1200 | Appropriation | ......... | 1,025 | ......... |
| 1201 | Appropriation (special or trust fund) | 78 | 166 | 170 |
| 1260 | Appropriations, mandatory (total): | 78 | 1,191 | 170 |
| 1930 | Total budgetary resources available | 78 | 1,199 | 178 |
| | Memorandum (non-add) entries: | | | |
| 1941 | Unexpired unobligated balance, end of year | 8 | 8 | 8 |
| | **Change in obligated balance:** | | | |
| | Unpaid obligations: | | | |
| 3000 | Unpaid obligations, brought forward, Oct 1 | ......... | 70 | 133 |
| 3010 | New obligations, unexpired accounts | 70 | 1,191 | 170 |
| 3020 | Outlays (gross) | ......... | –1,128 | –170 |
| 3050 | Unpaid obligations, end of year | 70 | 133 | 133 |
| | Memorandum (non-add) entries: | | | |
| 3100 | Obligated balance, start of year | ......... | 70 | 133 |
| 3200 | Obligated balance, end of year | 70 | 133 | 133 |
| | **Budget authority and outlays, net:** | | | |
| | Mandatory: | | | |
| 4090 | Budget authority, gross | 78 | 1,191 | 170 |
| | Outlays, gross: | | | |
| 4100 | Outlays from new mandatory authority | ......... | 1,125 | 102 |
| 4101 | Outlays from mandatory balances | ......... | 3 | 68 |
| 4110 | Outlays, gross (total) | ......... | 1,128 | 170 |
| 4180 | Budget authority, net (total) | 78 | 1,191 | 170 |
| 4190 | Outlays, net (total) | ......... | 1,128 | 170 |

The Consolidated Appropriations Act, 2016 established the United States Victims of State Sponsored Terrorism Fund (VSSTF) as an effort to improve the availability of compensation for certain U.S. victims of state sponsored terrorism. VSSTF is managed by the Criminal Division's Money Laundering and Asset Recovery Section (MLARS).

### Object Classification (in millions of dollars)

| Identification code 015–5608–0–2–754 | | 2016 actual | 2017 est. | 2018 est. |
|---|---|---|---|---|
| | Direct obligations: | | | |
| 11.1 | Personnel compensation: Full-time permanent | ......... | ......... | 1 |
| 25.2 | Other services from non-Federal sources | 1 | 3 | 2 |
| 42.0 | Insurance claims and indemnities | 69 | 1,188 | 167 |
| 99.9 | Total new obligations, unexpired accounts | 70 | 1,191 | 170 |

### Employment Summary

| Identification code 015–5608–0–2–754 | | 2016 actual | 2017 est. | 2018 est. |
|---|---|---|---|---|
| 1001 | Direct civilian full-time equivalent employment | ......... | ......... | 5 |

## UNITED STATES TRUSTEE SYSTEM FUND

*For necessary expenses of the United States Trustee Program, as authorized, $225,479,000, to remain available until expended: Provided, That, notwithstanding any other provision of law, deposits to the United States Trustee System Fund and amounts herein appropriated shall be available in such amounts as may be necessary to pay refunds due depositors: Provided further, That, notwithstanding any other provision of law, fees collected pursuant to section 589a(b) of title 28, United States Code, shall be retained and used for necessary expenses in this appropriation and shall remain available until expended: Provided further, That to the extent that fees collected in fiscal year 2018, net of amounts necessary to pay refunds due depositors, exceed $225,479,000, those excess amounts shall be available in future fiscal years only to the extent provided in advance in appropriations Acts: Provided further, That the sum herein appropriated from the general fund shall be reduced (1) as such fees are received during fiscal year 2018, net of amounts necessary to pay refunds due depositors, (estimated at $289,000,000) and (2) to the extent that any remaining general fund appropriations can be derived from amounts deposited in the Fund in previous fiscal years that are not otherwise appropriated, so as to result in a final fiscal year 2018 appropriation from the general fund estimated at $0.*

Note.—A full-year 2017 appropriation for this account was not enacted at the time the budget was prepared; therefore, the budget assumes this account is operating under the Further Continuing Appropriations Act, 2017 (P.L. 114–254). The amounts included for 2017 reflect the annualized level provided by the continuing resolution.

### Special and Trust Fund Receipts (in millions of dollars)

| Identification code 015–5073–0–2–752 | | 2016 actual | 2017 est. | 2018 est. |
|---|---|---|---|---|
| 0100 | Balance, start of year | 100 | 21 | 12 |
| 0198 | Rounding adjustment | –1 | ......... | ......... |
| 0199 | Balance, start of year | 99 | 21 | 12 |
| | Receipts: | | | |
| | Current law: | | | |
| 1120 | Fees for Bankruptcy Oversight, U.S. Trustees System | ......... | ......... | 150 |
| 1120 | Fees for Bankruptcy Oversight, U.S. Trustees System | 148 | 122 | 139 |
| 1140 | Earnings on Investments, U.S. Trustees System | 1 | 1 | ......... |
| 1199 | Total current law receipts | 149 | 123 | 289 |
| 1999 | Total receipts | 149 | 123 | 289 |
| 2000 | Total: Balances and receipts | 248 | 144 | 301 |
| | Appropriations: | | | |
| | Current law: | | | |
| 2101 | United States Trustee System Fund | –226 | –132 | –225 |
| 5098 | Rounding adjustment | –1 | ......... | ......... |
| 5099 | Balance, end of year | 21 | 12 | 76 |

### Program and Financing (in millions of dollars)

| Identification code 015–5073–0–2–752 | | 2016 actual | 2017 est. | 2018 est. |
|---|---|---|---|---|
| | **Obligations by program activity:** | | | |
| 0001 | United States Trustee System Fund (Direct) | 228 | 231 | 229 |
| | **Budgetary resources:** | | | |
| | Unobligated balance: | | | |
| 1000 | Unobligated balance brought forward, Oct 1 | 11 | 10 | 4 |
| 1021 | Recoveries of prior year unpaid obligations | 1 | ......... | ......... |
| 1050 | Unobligated balance (total) | 12 | 10 | 4 |
| | Budget authority: | | | |
| | Appropriations, discretionary: | | | |
| 1100 | Appropriation | ......... | 93 | ......... |
| 1101 | Appropriation (special or trust fund) | 226 | 132 | 225 |
| 1160 | Appropriation, discretionary (total) | 226 | 225 | 225 |
| 1930 | Total budgetary resources available | 238 | 235 | 229 |
| | Memorandum (non-add) entries: | | | |
| 1941 | Unexpired unobligated balance, end of year | 10 | 4 | ......... |

UNITED STATES TRUSTEE SYSTEM FUND—Continued

Program and Financing—Continued

| Identification code 015–5073–0–2–752 | | 2016 actual | 2017 est. | 2018 est. |
|---|---|---|---|---|
| | Change in obligated balance: | | | |
| | Unpaid obligations: | | | |
| 3000 | Unpaid obligations, brought forward, Oct 1 | 37 | 43 | 42 |
| 3010 | New obligations, unexpired accounts | 228 | 231 | 229 |
| 3020 | Outlays (gross) | –221 | –232 | –221 |
| 3040 | Recoveries of prior year unpaid obligations, unexpired | –1 | | |
| 3050 | Unpaid obligations, end of year | 43 | 42 | 50 |
| | Memorandum (non-add) entries: | | | |
| 3100 | Obligated balance, start of year | 37 | 43 | 42 |
| 3200 | Obligated balance, end of year | 43 | 42 | 50 |
| | Budget authority and outlays, net: | | | |
| | Discretionary: | | | |
| 4000 | Budget authority, gross | 226 | 225 | 225 |
| | Outlays, gross: | | | |
| 4010 | Outlays from new discretionary authority | 194 | 198 | 198 |
| 4011 | Outlays from discretionary balances | 27 | 34 | 23 |
| 4020 | Outlays, gross (total) | 221 | 232 | 221 |
| 4180 | Budget authority, net (total) | 226 | 225 | 225 |
| 4190 | Outlays, net (total) | 221 | 232 | 221 |
| | Memorandum (non-add) entries: | | | |
| 5000 | Total investments, SOY: Federal securities: Par value | 139 | 16 | 12 |
| 5001 | Total investments, EOY: Federal securities: Par value | 16 | 12 | 126 |

*United States Trustee System Fund.*—The United States Trustees supervise the administration of bankruptcy cases and private trustees in the Federal Bankruptcy Courts, and litigate against fraud and abuse in the system by debtors, creditors, attorneys, bankruptcy petition preparers, and others. The Bankruptcy Judges, U.S. Trustees and Family Farmer Bankruptcy Act of 1986 (Public Law 99–554) expanded the pilot trustee program to a 21 region, nationwide program encompassing 88 judicial districts. (Bankruptcy cases filed in Alabama and North Carolina are administered by the Administrative Office of the U.S. Courts.) The Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (Public Law 109–8) expanded United States trustees' existing responsibilities to include, among other things, means testing, credit counseling/debtor education, and debtor audits. User fees that are assessed offset the annual appropriation. The Budget proposes to adjust quarterly bankruptcy fees for the largest chapter 11 debtors—those with quarterly disbursements of more than $1 million. With the enactment of this proposal, the USTP's 2018 appropriation is projected to be fully offset by bankruptcy fees collected and on deposit in the fund.

Object Classification (in millions of dollars)

| Identification code 015–5073–0–2–752 | | 2016 actual | 2017 est. | 2018 est. |
|---|---|---|---|---|
| | Direct obligations: | | | |
| | Personnel compensation: | | | |
| 11.1 | Full-time permanent | 115 | 114 | 114 |
| 11.3 | Other than full-time permanent | 4 | 5 | 5 |
| 11.5 | Other personnel compensation | 1 | 1 | 1 |
| 11.9 | Total personnel compensation | 120 | 120 | 120 |
| 12.1 | Civilian personnel benefits | 42 | 40 | 40 |
| 21.0 | Travel and transportation of persons | 2 | 2 | 2 |
| 22.0 | Transportation of things | | 1 | 1 |
| 23.1 | Rental payments to GSA | 24 | 24 | 24 |
| 23.3 | Communications, utilities, and miscellaneous charges | 3 | 3 | 3 |
| 25.1 | Advisory and assistance services | 4 | 5 | 5 |
| 25.2 | Other services from non-Federal sources | 5 | 6 | 6 |
| 25.3 | Other goods and services from Federal sources | 22 | 23 | 21 |
| 25.4 | Operation and maintenance of facilities | 2 | 3 | 3 |
| 26.0 | Supplies and materials | 1 | 1 | 1 |
| 31.0 | Equipment | 3 | 3 | 3 |
| 99.9 | Total new obligations, unexpired accounts | 228 | 231 | 229 |

Employment Summary

| Identification code 015–5073–0–2–752 | 2016 actual | 2017 est. | 2018 est. |
|---|---|---|---|
| 1001  Direct civilian full-time equivalent employment | 1,088 | 1,184 | 1,028 |

ASSETS FORFEITURE FUND

*(INCLUDING CANCELLATION)*

For expenses authorized by subparagraphs (B), (F), and (G) of section 524(c)(1) of title 28, United States Code, $21,475,000, to be derived from the Department of Justice Assets Forfeiture Fund.

Of the unobligated balances available under this heading, including from prior year appropriations, $304,000,000 are hereby permanently cancelled.

Note.—A full-year 2017 appropriation for this account was not enacted at the time the budget was prepared; therefore, the budget assumes this account is operating under the Further Continuing Appropriations Act, 2017 (P.L. 114–254). The amounts included for 2017 reflect the annualized level provided by the continuing resolution.

Special and Trust Fund Receipts (in millions of dollars)

| Identification code 015–5042–0–2–752 | | 2016 actual | 2017 est. | 2018 est. |
|---|---|---|---|---|
| 0100 | Balance, start of year | 315 | 598 | 594 |
| | Receipts: | | | |
| | Current law: | | | |
| 1110 | Forfeited Cash and Proceeds from the Sale of Forfeited Property, Assets Forfeiture Fund | 1,859 | 1,090 | 1,125 |
| 1140 | Interest and Profit on Investment, Department of Justice Assets Forfeiture Fund | 12 | 30 | 10 |
| 1199 | Total current law receipts | 1,871 | 1,120 | 1,135 |
| 1999 | Total receipts | 1,871 | 1,120 | 1,135 |
| 2000 | Total: Balances and receipts | 2,186 | 1,718 | 1,729 |
| | Appropriations: | | | |
| | Current law: | | | |
| 2101 | Assets Forfeiture Fund | –21 | –20 | –21 |
| 2101 | Assets Forfeiture Fund | –1,851 | –1,070 | –1,104 |
| 2103 | Assets Forfeiture Fund | –120 | –139 | –105 |
| 2103 | Assets Forfeiture Fund | –193 | –458 | –458 |
| 2132 | Assets Forfeiture Fund | | 458 | |
| 2132 | Assets Forfeiture Fund | 458 | | |
| 2132 | Assets Forfeiture Fund | 139 | 105 | |
| 2199 | Total current law appropriations | –1,588 | –1,124 | –1,688 |
| 2999 | Total appropriations | –1,588 | –1,124 | –1,688 |
| 5099 | Balance, end of year | 598 | 594 | 41 |

Program and Financing (in millions of dollars)

| Identification code 015–5042–0–2–752 | | 2016 actual | 2017 est. | 2018 est. |
|---|---|---|---|---|
| | Obligations by program activity: | | | |
| 0001 | Assets Forfeiture Fund (Direct) | 1,321 | 1,381 | 1,383 |
| 0801 | Assets Forfeiture Fund (Reimbursable) | 15 | 18 | 18 |
| 0900 | Total new obligations, unexpired accounts | 1,336 | 1,399 | 1,401 |
| | Budgetary resources: | | | |
| | Unobligated balance: | | | |
| 1000 | Unobligated balance brought forward, Oct 1 | 1,013 | 640 | 463 |
| 1021 | Recoveries of prior year unpaid obligations | 104 | 80 | 55 |
| 1033 | Recoveries of prior year paid obligations | 1 | | |
| 1050 | Unobligated balance (total) | 1,118 | 720 | 518 |
| | Budget authority: | | | |
| | Appropriations, discretionary: | | | |
| 1101 | Appropriation (special or trust fund) | 21 | 20 | 21 |
| 1130 | Appropriations permanently reduced | | | –304 |
| 1132 | Appropriations temporarily reduced | | –458 | |
| 1160 | Appropriation, discretionary (total) | 21 | –438 | –283 |
| | Appropriations, mandatory: | | | |
| 1201 | Appropriation (special or trust fund) | 1,851 | 1,070 | 1,104 |
| 1203 | Appropriation (previously unavailable) | 120 | 139 | 105 |
| 1203 | Return of Super Surplus | 193 | 458 | 458 |
| 1230 | Appropriations and/or unobligated balance of appropriations permanently reduced | –746 | | |
| 1232 | Appropriations and/or unobligated balance of appropriations temporarily reduced (rescission) | –458 | | |