# EXHIBIT E

# June 2018 Bankruptcy Filings Fall 2.6 Percent

*Published on July 24, 2018*

Bankruptcy filings fell 2.6 percent for the 12-month period ending June 30, 2018, compared with the year ending June 30, 2017, according to statistics released by the Administrative Office of the U.S. Courts. The June 2018 annual bankruptcy filings totaled 775,578, compared with 796,037 cases in the year ending June 2017.

The following bankruptcy filings statistics tables are available:

- Business and non-business bankruptcy filings for the 12-month period ending June 30, 2018. (Table F-2 (/statistics/table/f-2/bankruptcy-filings/2018/06/30), 12-Month);
- 2017 and 2018 Bankruptcy Cases Commenced, Terminated and Pending (Table F (/statistics/table/f/bankruptcy-filings/2018/06/30));
- 2018 third quarter filings (Table F-2 (/statistics/table/f-2-three-months/bankruptcy-filings/2018/06/30), 3-Month), and filings by month (Table F-2 (/statistics/table/f-2-one-month/bankruptcy-filings/2018/06/30), April, May, June);
- Bankruptcy filings by county (Table F-5A (/statistics/table/f-5a/bankruptcy-filings/2018/06/30)).

### BUSINESS AND NON-BUSINESS FILINGS, YEARS ENDING JUNE 30, 2014-2018

| Year | Business | Non-Business | Total |
|---|---|---|---|
| 2018 | 22,245 | 753,333 | 775,578 |
| 2017 | 23,443 | 772,594 | 796,037 |
| 2016 | 25,227 | 793,932 | 819,159 |
| 2015 | 25,046 | 854,690 | 879,736 |
| 2014 | 30,113 | 969,970 | 1,000,083 |

### TOTAL BANKRUPTCY FILINGS BY CHAPTER, YEARS ENDING JUNE 30, 2014-2018

| Year | Chapter |
|---|---|

|  | 7 | 11 | 12 | 13 |
|---|---|---|---|---|
| **2018** | **479,151** | **7,141** | **475** | **288,741** |
| 2017 | 489,011 | 6,999 | 482 | 299,398 |
| 2016 | 509,769 | 7,928 | 459 | 300,858 |
| 2015 | 568,679 | 6,672 | 357 | 303,945 |
| 2014 | 669,976 | 8,347 | 394 | 321,278 |

For more on bankruptcy and its chapters, view the following resources:

- Historic caseload statistics data tables (/statistics-reports/caseload-statistics-data-tables)
- Federal Rules of Bankruptcy Procedure (/rules-policies/current-rules-practice-procedure/federal-rules-bankruptcy-procedure)
- General information (/services-forms/bankruptcy) about bankruptcy, including Bankruptcy Basics (/services-forms/bankruptcy/bankruptcy-basics)