# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
September 20, 2022

In re:

      Clinton Nurseries, Inc. and Clinton Nurseries of Maryland, Inc.
                    Debtor*

Case Number: 17−31897 jjt
Chapter: 11

Clinton Nurseries, Inc. et al.
                    Plaintiff(s)

v.

United States Trustee for Region 2 Harrington William , K.
                    Defendant(s)

Adversary Proceeding
No.: 19−03014 jjt

### NOTICE OF PROPOSED DISMISSAL OF ADVERSARY PROCEEDING

Pursuant to D.Conn.L.Civ.R. 41(a) and D.Conn.Bankr.L.R. 1001−1(b), notice of a proposed dismissal of this adversary proceeding is hereby given because no action has been taken by the parties in the above referenced adversary proceeding for six (6) months or within deadlines established by the Court. Unless action is taken within twenty−one (21) days from the date of this notice, or no satisfactory explanation of why the adversary proceeding should not be dismissed is provided, the adversary proceeding **shall be dismissed.**

Dated: September 20, 2022

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773−2009
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form DCLR41a.jsp − kpb

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.